# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RACHEL DAWES,** § § § Plaintiff, § § v. § Civil Action: 1:23-cv-16915 § § **EQUIFAX INFORMATION SERVICES,** § **LLC and TRANS UNION, LLC,** § § § § Defendants. § | |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, Rachel Dawes by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: September 11, 2024.

Respectfully Submitted,
**JAFFER & ASSOCIATES PLLC**

*/s/ Shawn Jaffer*
**Shawn Jaffer**
TX Bar No. 24107817
875 North Michigan Ave 31st Floor,
Chicago, Illinois 60611
T: (214) 945-0000
F: (888) 509-3910
Email: settlements@jaffer.law
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on September 11, 2024, to all parties in this matter in a manner approved by the rules.

*/s/ Shawn Jaffer*
Counsel for Plaintiff
